UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KEVIN JEFFERSON,

        Plaintiff,   <u>ORDER</u>
               12-CV-1334(JS)(ARL)
 -against-

EDWARD ROSE, Police Officer, Shield
No. 5098; POLICE OFFICER CRONIN; JOHN
DOE, Patrol Unit 314; BARRY BOE, Patrol
Unit 323A; FREDDY FOE, Patrol Unit 232A;
GREGORY GOE, Patrol Unit; COUNTY OF
SUFFOLK,

        Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:    Kevin Jefferson, <u>pro se</u>
         P.O. Box 1469
         Riverhead, NY 11901

For Named Defendants: Susan A. Flynn, Esq.
         Suffolk County Attorney's Office
         P.O. Box 6100
         Hauppauge, NY 11788

SEYBERT, District Judge:

    Presently pending before the Court is <u>pro se</u> Plaintiff Kevin Jefferson's request for a copy of the transcript of the March 26, 2012 preliminary injunction hearing free of charge. However, Plaintiff failed to indicate in his request why he needs the transcript to prosecute his case. Plaintiff was present at the hearing, had the opportunity to take notes, and was (and will continue to be) provided with copies of all Court orders and filings in this action. Additionally, there is nothing for Plaintiff to do at this stage of the litigation but

wait.  No additional briefing on the motion for preliminary injunction was requested, and the Court stated that a written decision would be forthcoming.  And Defendants have until April 16, 2012 to answer or otherwise respond to the Complaint.  Accordingly, Plaintiff's request is DENIED.

If Plaintiff choses to renew his application, he must indicate specific reasons why the transcript is reasonably necessary to prosecute his case or his request will be denied.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to send a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:   March 29, 2012
         Central Islip, NY