```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KEVIN L. JEFFERSON,

                         Plaintiff,

     -against-
                                              ORDER
EDWARD ROSE, Police Officer, Shield           12-CV-1334(JS)(ARL)
No. 5096, POLICE OFFICER CRONIN,
JOHN DOE PATROL UNIT 314, BARRY BOE,
Patrol Unit 323A Driver, FREDDY FOE
Patrol Unit 323A Passenger, JERRY JOE
Patrol Unit 3-10, COUNTY OF SUFFOLK,

                         Defendants.
----------------------------------------X
KEVIN L. JEFFERSON,

                         Plaintiff,

        -against-                             13-CV-2454(JS)(ARL)

POLICE OFFICER CONYE, EDWARD WEBBER,
SUFFOLK COUNTY POLICE DEPARTMENT,
and COUNTY OF SUFFOLK,

                         Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:     Kevin L. Jefferson, pro se
                   17 Garfield Street
                   Bayshore, NY 11706

For Defendants:    Brian Mitchell, Esq.
                   Suffolk County Attorney's Office
                   100 Veterans Memorial Highway
                   P.O. Box 6100
                   Hauppauge, NY 11788
```

SEYBERT, District Judge:

        The Court finds that the issues in both of the above-captioned cases are identical and that consolidation is

warranted to avoid the duplicative and unnecessary use of judicial resources. See FED. R. CIV. P. 42(a). As such, the Court sua sponte ORDERS that Jefferson v. Rose, No. 12-CV-1334, and Jefferson v. Conye, No. 13-CV-2454, be consolidated. All future filings are to be docketed in the earlier-filed case, case number 12-CV-1334. Further, the discovery schedule set by the Court at May 3, 2013 conference in case number 13-CV-2454 shall govern this consolidated action. Accordingly, Plaintiff's motion to compel, filed in case number 12-CV-1334, is hereby DENIED AS MOOT.

The Clerk of the Court is directed to: (1) consolidate these matters, (2) mark case number 13-CV-2454 closed, and (3) mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May  10 , 2013
       Central Islip, NY